Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Pablo RODRIGUEZ-PINEDA,<br><br>Petitioner,<br><br>v.<br><br>Julio HERNANDEZ et al.,<br><br>Respondents. | Case No. 2:26-cv-02367-MLP<br><br>**STIPULATED MOTION FOR EXTENSION OF DEADLINE TO FILE MOTION FOR FEES AND COSTS UNDER EAJA**<br><br>Note on Motion Calendar:<br>November 9, 2026 |

For good cause, Petitioner and Federal Respondents, by and through their counsel of record, jointly stipulate and move to extend Petitioner's deadline to file any post-judgment motion for attorney's fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, until 60 days after the Supreme Court issues its decision in *Montoya Palacios v. Liggins*, No. 25-1223 (S. Ct. filed Apr. 20, 2026).

The Court issued an order granting Petitioner's habeas petition and entered judgment on August 11, 2026. *See* Dkts. 10 & 11. A party seeking EAJA fees is required to file a motion "within thirty days of final judgment in the action,"[1] 28 U.S.C. § 2412(d)(1)(B), and for purposes of EAJA, a "final judgment" means a judgment that is final and not appealable, *id.* § 2412(d)(2)(G).

---

[1] The thirty-day deadline to file a motion under 28 U.S.C. § 2412(d)(1)(B) is non-jurisdictional and may be extended. *See Scarborough v. Principi*, 541 U.S. 410, 413 (2004).

Respondents had 60 days to appeal the judgment, until October 10, 2026. Fed. R. App. P. 4(a)(1)(B); *see also* Fed. R. App. P. 26(a)(1)(C). The judgment became final and not appealable upon expiration of the appeal period. Accordingly, the deadline for Petitioner's EAJA motion is currently Monday, November 9, 2026.

The EAJA provides that a party who prevails against the government "in any civil action (other than cases sounding in tort)" may seek an award of fees and costs. 28 U.S.C. § 2412(d)(1)(A)–(B). On June 29, 2026, the Supreme Court granted certiorari in *Montoya Palacios*, on the issue of whether the phrase "any civil action" in the EAJA encompasses an action seeking a writ of habeas corpus to challenge civil immigration detention. 146 S. Ct. 2789 (2026). The parties have conferred and agree that extending Petitioner's EAJA deadline until after the Supreme Court decides *Montoya Palacios* would promote judicial efficiency and conserve judicial resources. Accordingly, the parties respectfully request that the Court extend the deadline for Petitioner's motion for fees until 90 days after the Supreme Court issues its decision in *Montoya Palacios*.

Respectfully submitted this 9th day of November, 2026.

s/ Matt Adams
Matt Adams, WSBA No. 28287
matt@nwirp.org

s/ Kevin Hollinz
Kevin Hollinz,* WSBA No. 52043
KHollinz@nwirp.org

Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611

*Counsel for Petitioner*

**I certify that this motion contains 343 words, in compliance with the Local Civil Rules.*

*s/ Barbara Caldas Otaviano Andrade*
BARBARA CALDAS OTAVIANO ANDRADE, Fla. No. 1025074
Special Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: barbara.andrade@usdoj.gov
*Attorney for Federal Respondents*

**~~[PROPOSED]~~ ORDER**

The parties having stipulated and agreed, Petitioner's deadline to file a motion for attorneys' fees shall be extended until 90 days after the Supreme Court issues its decision in *Montoya Palacios*.

IT IS SO ORDERED.

DATED this 19th day of November, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge